**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 24 2025
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
Central **DIVISION**

**CASE NO.** 4:25-cv-155-JM-JJV

**Jury Trial:** ☑ **Yes** ☐ **No**
**(Check One)**

This case assigned to District Judge Moody
and to Magistrate Judge Volpe

I. **Parties**

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Micheal Joyce
ADC # 150227

Address: P.O. Box 1630 Malvern, Ar 72104

Name of plaintiff: ______
ADC # ______

Address: ______

Name of plaintiff: ______
ADC # ______

Address: ______

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dexter Payne

Position: ADC Director

Place of employment: Arkansas Dept. of Correction

Address: 6814 Princeton Pike Pine bluff, Ar 71602

Name of defendant: Thomas Hurst

Position: Warden

Place of employment: Grimes Unit

Address: 300 corrections drive NewPort, Ar 72112

Name of defendant: Christopher Budnik

Position: Warden

Place of employment: Grimes Unit

Address: 300 corrections drive

Name of defendant: William Straughn

Position: Deputy Director

Place of employment: Arkansas Department of Corrections

Address: 6814 princeton Pike Pine bluff, Ar 71602

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: Micheal Joyce

Defendants: Director Dexter Payne, Warden Thomas Hurst, Warden Christopher Budnik, Lt. Richard E. Lee, Lt. Zachary Harmon

☑ Court (if federal court, name the district; if state court, name the county): US District Court Eastern District of Arkansas

☑ Docket Number: 3:24-cv-00243-DPM-JTK

☑ Name of judge to whom case was assigned: Magistrate Judge Jerome Kearney

☑ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending

☑ Approximate date of filing lawsuit: 12-30-24

☐ Approximate date of disposition: ______

IV. Place of present confinement: Ouachita River Correctional Unit P.O. Box 1630 Malvern, AR 72104

V. At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: ______

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓ No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓ No ____

If not, why? ______________________________________________

______________________________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Since approximately 12-1-23, I have been harassed, persecuted, targeted, discriminated against, and oppressed at Grimes Unit. For various petty issues already known to staff, who not only did not consider all facts or evidence available but only went by information presented by staff that was not the whole truth. On 12-1-23 at approximately 2:15 am, Sgt. Terry Howard claimed I refused duties and orders given by him but according to kitchen captain L. Skinner, without proper footwear an inmate cannot be in the kitchen for safety precautions. Sgt. Howard knew this and was aware for months I didn't have proper footwear. I never refused anything ever in my incarceration. On 12-20-23 at approximately 3pm, Lt. Richard Lee insinuated that my hair was in 2 Ponytails and I had just took my hair down. On occassion, because of my heritage my hair will still look as if it is still braided or plaitted. I was never asked to do anything with my hair. On approximately March 4, 2024, Director Dexter Payne did not go by the facts in its entirety.

cont'd Defendants

III. (B) Sgt. Braden Verser, Sgt. Terry Howard, Sgt. Pigford, Lt. Michael Morris, disciplinary hearing recorders Janice Blake, Rolonda R. Scruggs, Grievance coordinator Shurika Brown, corporal Justin Vanattan - 300 corrections drive NewPort, Ar 72112.

VII. cont'd State of Claim

On approximately 1-9-24, I once again was targeted and discriminated against concerning my hair but there were also inmates who actually had their hair out of compliance but was not approached by any officer. During this time, Ms. Shurika Brown dismissed my grievances as disciplinary matters but not once did I ever grieve a disciplinary. This also goes for Deputy Director William Straughn, Warden Christopher Budnik, and Warden Thomas Hurst. The first incident with cpl. Justin Vanattan was approximately 1-24-24 while I was attempting to say a prayer with my prayer circle when cpl. Vanattan became aggressive and irate snatching things and harassing me during this time of worship and prayer. Lt. Zachary Harmon on approximately 2-2-24, also harassed and targeted me because of my hair and/or my heritage when my hair is in compliance at these times that I am targeted, harassed, and persecuted. On or about 4-3-24, Sgt. Pigford admitted to misplacing the original grievance copy that he signed so they said it was untimely. The grievance # is GR-24-00468 and code # is 717. The second incident with cpl. Justin Vanattan occurred 5-21-24 at approximately 9am, when once again my hair became the issue of harassment, targeting, and discrimination because just the next day another inmate from Housing 2 was standing in the commissary line with his hair actually plaited but nothing was said to inmate by cpl. Vanattan. At this time, Major John Haynes and

and Deputy Warden Claudia Harris were also present in her office and spoke with me. Thomas Hurst among other officers and ADC officials choose to only go by and accept statements by staff which are a lot of times prejudiced and not all the way truthful. On 7-30-24 at approximately 6:30am, I, inmate Joyce, turned out to hoe squad even knowing I have a messed up knee and I cannot walk that fast. Sgt. Braden Verser, proceeded to lie in his entire disciplinary as I've never refused work a day in my life and I've never cursed out anyone. He did not go by truthful facts nor did anyone that followed in the processes thereafter resulting in me losing class and being denied 309 and/or work release. On 8-7-24 at approximately 10:30 am, during the disciplinary hearing I was found guilty on all accounts even though the facts pointed otherwise. Warden Christopher Budnik did not take into account all the actual facts nor did hearing recorder Terry Banister also resulting in good time being taken from me.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like justice and the time that was taken from me during this period of persecution, harassment, targeting, and discrimination monetary compensation for pain and suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of ___________________, 20_____.

___________________________________

___________________________________

___________________________________

Signature(s) of plaintiff(s)

Micheal Joyce 150227
P.O. Box 1630
Malvern, Ar 72104




US District Court Eastern District
500 West Capitol ave., Room A149
Little Rock, Ar 72201

legal mail

legal mail