# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MICHEAL JOYCE
ADC #150227                                                                                         PLAINTIFF

v.                                          4:25-cv-00155-JM-JJV

DEXTER PAYNE,
Director, ADC, *et al.*                                                                              DEFENDANTS

## ORDER

On February 24, 2025, Plaintiff sent the Court a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983, which the Clerk's Office used to open this new case. (Doc. 1.) However, upon closer review, it appears Plaintiff intended the pleading to be filed as an Amended Complaint in *Joyce v. Vanata*, 3:24-cv-00243-DPM-JTK, in compliance with the February 3, 2025 Order entered in that case. (Doc. 8.)

IT IS, THEREFORE, ORDERED THAT the Clerk shall administratively close this case and file the Complaint as an Amended Complaint in *Joyce v. Vanta*, 3:24-cv-00243-DPM-JTK.

DATED this 3rd day of March 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE